# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*12:50 pm, 1/8/15*
**Stephan Harris**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 14-CR-027-NDF |
| Joseph Ruben Hill, et al., | Interpreter Needed: No |
| Defendants. | |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center 2120 Capitol Avenue Cheyenne, WY 82001-3657 Judge Freudenthal Chamber's | Nancy D. Freudenthal, Chief United States District Judge |
| | Date and Time: |
| | January 27, 2015 at 2:30 p.m. |

Type of Proceeding:

## STATUS CONFERENCE

Counsel may appear in person or by telephone.  If you elect to appear by telephone, counsel must coordinate and phone through a conference call operator on one line, and connect to the Court at 307-433-2190. Counsel is advised to have their calendars on hand to assist with scheduling.

Stephan Harris
Clerk of Court

Dated this 8th day of January, 2015.

Kellie Erickson
Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendants through Counsel |
| U.S. Probation Office | Court Reporter |