Todd I. Shugart
Assistant United States Attorney
Wyoming State Bar No. 6-3551
P. O. Box 22211
Casper, WY 82602-5010
(307) 261-5434
todd.shugart@usdoj.gov

Eric J. Heimann
Assistant United States Attorney
Wyoming State Bar No. 6-4504
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
eric.heimann@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No: 14-CR-27-F** |
| **JOSEPH RUBEN HILL, et al,** | |
| Defendant. | |

### ENTRY OF APPEARANCE

To:   The clerk of court and all parties of record

Assistant United States Attorneys for the District of Wyoming, Todd I. Shugart as lead counsel and Eric J. Heimann as co-counsel, appear for the United States of America in the above-captioned matter.

**DATED** this 12th day of January, 2015.

                          CHRISTOPHER A. CROFTS
                          United States Attorney

      By:   */s/Todd I. Shugart*
               TODD I. SHUGART
               Assistant United States Attorney

               */s/Eric J. Heimann*
               ERIC J. HEIMANN
               Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, the foregoing was electronically filed and consequently served on defense counsel.

> */s/ Louisa G. Cruz*
> UNITED STATES ATTORNEY'S OFFICE